**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 20, 2023
Nathan Ochsner, Clerk

In Re: Timothy Jackson Fitzhenry

**Debtor(s)**

Case No.: 23–30619

Chapter: 13

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/20/23

_____
Jeffrey P. Norman
United States Bankruptcy Judge